$50 FEE PAID
#118884
FEE NOT PAID
(SENT LETTER)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ALLIANZ INSURANCE COMPANY, as Subrogee
of BERTELSMANN, INC., GERLING AMERICA
INSURANCE COMPANY and BERTELSMANN INC.

2002 SEP 27  P 3: 06

              **Plaintiff(s)**        *

CLERK'S OFFICE
AT BALTIMORE

Case No.: _____

vs.                  *
GLAMOUR MOVING COMPANY, INC.,
WESTMINSTER WAREHOUSING SERVICES, INC.
and CARROLL FIRE PROTECTION, INC;
              **Defendant(s)**

BY_____DEPUTY

S 02 CV 3178

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, ____LLOYD SNOW_____, am a member in good standing of the bar of

this Court. My bar number is ___03781_____. I am moving the admission of

____ALYSSA J. ENDELMAN_____ to appear *pro hac vice* in this case as

counsel for ___Plaintiffs_____.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State Bar of Michigan | November 14, 2000 |
| U.S. District Court-Eastern Dist of MI | 2002 |
|  |  |
|  |  |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____  
Signature

LLOYD SNOW  
_____  
Printed Name

SISKIND GRADY ROSEN HOOVER & LEVIN  
_____  
Firm

1100 MERCANTILE BANK & TRUST BLDG.  
2 Hopkins Plaza, Baltimore, MD 21201  
_____  
Address

410-539-6606  
_____  
Telephone Number

410-332-0269  
_____  
Fax Number

PROPOSED ADMITTEE

_____  
Signature

ALYSSA J. ENDELMAN  
_____  
Printed Name

GROTEFELD & DENENBERG, LLC  
_____  
Firm

30800 TELEGRAPH ROAD  
Suite 3858, Bingham Farms, MI 48025  
_____  
Address           Prid 292394

(248) 727-7100      Plid 113309  
_____  
Telephone Number

(248) 593-5808  
_____  
Fax Number

*************************************************************************

## ORDER

☒ GRANTED     ☐ DENIED     Felicia C. Cannon

10-1-02                  by _Lisa Stewson_  
_____     _____
Date                         **Clerk, United States District Court**