IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ALLIANZ INSURANCE COMPANY<br>And GERLING AMERICA INSURANCE<br>COMPANY, as Subrogee of<br>BERTELSMANN, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>GLAMOUR MOVING COMPANY, INC.<br>And WESTMINSTER WAREHOUSING<br>SERVICES, INC.<br><br>Defendants. | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | <br><br><br><br><br><br><br><br>CASE NO.   S02-CV-03178 |

\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF=S RULE 26(a)(2) DISCLOSURES**

NOW COME Plaintiffs Allianz Insurance Company and Gerling Insurance Company, as subrogee of Bertelsmann, by and through their attorneys, Siskind, Grady, Rosen, Hoover & Levin, P.A., and Grotefeld & Denenberg LLC, and as its Rule 26(a)(2) Disclosures states as follows:

1.  Michael Schaal, CFEI, CFE, CPII
    Fire & Arson Investigation Consultants, Inc.
    8200 Tall Oaks Road
    Pasadena, Maryland 21122

1

|   |                          |                              |
|---|--------------------------|------------------------------|
| _ | **Written Report:**      | Attached hereto as Exhibit 1 |
| _ | **Curriculum Vitae:**    | Attached hereto as Exhibit 2 |
| _ | **Publications List:**   | None                         |
| _ | **Testimony List:**      | Attached hereto as Exhibit 3 |
| _ | **Compensation to be paid:** | Attached hereto as Exhibit 4 |

**Respectfully submitted,**

_____

**Lloyd J. Snow (Bar No. 03787)**
**Cindy R. Diamond (Bar No. 05810)**
**Siskind, Grady, Rosen, Hoover & Levin, P.A.**
**1100 Mercantile Bank & Trust Building**
**2 Hopkins Plaza**
**Baltimore, Maryland 21201**
**(410) 539-6606**

and

_____

**Alyssa J. Endelman (MI Bar No: P61931)**
**Paul Hines (MI Bar No: P47328)**
**Grotefeld & Denenberg, LLC**
**30800 Telegraph Road, Suite 3858**
**Bingham Farms, MI 48025**
**(248) 727-7100**

**Attorneys for Plaintiffs**

**Dated: June 10, 2003**

79305

3

Case 1:02-cv-03178-JFM   Document 20   Filed 06/10/2003   Page 3 of 3

**3**