

## Fire & Arson Investigation Consultants, Inc.

**MICHAEL E. SCHAAL**
*CERTIFIED FIRE INVESTIGATOR*

*FIRE & EXPLOSION INVESTIGATIONS*
*FIRE PROTECTION ANALYSIS*
*EXPERT COURT TESTIMONY*
*PRIVATE INVESTIGATION SERVICES*

FAX (410) 437-1998
MOBILE (410) 977-8832
EMAIL: mschaal@faic.net
WEBSITE: http://www.faic.net

8200 TALL OAKS ROAD
PASADENA, MD 21122
(410) 437-5879

*F. A I.C. File # 99-918-208*

# TABLE OF CONTENTS

**1.0**   **INTRODUCTION** ................................................................ **2**

**2.0**   **BACKGROUND** .................................................................. **2**

**3.0**   **INVESTIGATION** .............................................................. **2**

    **3.1**   **Site Examination** ............................................... **2**

    **3.2**   **Interview:   Ed Garver** ........................................ **3**

**4.0**   **EVIDENCE** ........................................................................ **4**

**5.0**   **ANALYSIS** ......................................................................... **4**

**6.0**   **CONCLUSION** .................................................................... **5**

# Fire & Arson Investigation Consultants, Inc.



*FIRE & EXPLOSION INVESTIGATIONS*
*FIRE PROTECTION ANALYSIS*
*EXPERT COURT TESTIMONY*
*PRIVATE INVESTIGATION SERVICES*

## COMMERICAL BUILDING FIRE
## ORIGIN & CAUSE ANALYSIS

### 142 Railroad Avenue
### Westminster, Maryland

**Prepared by:**     Michael E. Schaal, CFEI, CFE, CPII
Senior Fire & Explosion Investigator

November 8, 1999

***THIS REPORT IS PRIVILEGED COMMUNICATION AND CONFIDENTIAL TO THE ADDRESSEE***

F.A.I.C. File No.  99-943-233

8200 TALL OAKS ROAD / PASADENA, MARYLAND 21122
PHONE (410) 437-5879 / FAX (410) 437-1998 / EMAIL mschaal@faic.net / WEBSITE: http://www.faic.net

## 1.0    INTRODUCTION

On October 18, 1999, FIRE & ARSON INVESTIGATION CONSULTANTS, INC., was requested to conduct an origin and cause investigation of a commercial building fire located at 142 Railroad Avenue, Westminster, Maryland. Specifically, F.A.I.C. was asked to determine the origin and cause of the fire.

## 2.0    BACKGROUND

The insured is Bertelsmann, Incorporated.  The insured stored product at 142 Railroad Avenue where the fire occurred.  The subject storage building trades under Westminster Warehousing Services. The fire occurred on October 4, 1999.

## 3.0    INVESTIGATION

F.A.I.C.'s investigation consisted of a **site examination** on October 18, 1999, by Michael E. Schaal, CFEI, CPII, CFE and Harry J. Steiner, CFEI, CFPS, CFI. Also, interviews were conducted during the course of the investigation. Color photographs, with attention focused on the area of origin, were taken during the examination and are included with this report.

### 3.1    Site Examination

The subject building is approximately 40,000 square feet, single-story, wood frame commercial storage structure with incidental office use *(Photos 1-1 & 2-1)*.

The north corner office consisted of paneling on the walls and the ceiling was a grid drop system. The structure faced southeast.

The structure **contained** a complete automatic fire suppression system. However, several of the sprinkler heads, located above the office area, were obstructed by structural components of the building *(Photos 13-1 through 19-1)*. No smoke detection devices were noted.

The exterior examination revealed fire and smoke venting from the north corner of the structure. Fire debris was noted on the northwest side of the structure. An examination of the exterior fire debris did not reveal any evidence as to the cause of the fire.

The interior examination of the structure revealed fire, smoke, and water damage in the north corner office, interior walls and the open space area above the office. The remainder of the structure suffered varying degrees of smoke and water damage. An examination of the burn patterns revealed the fire originated within the northwest wall of the office, specifically in the area where some wiring had been removed prior to our site examination *(Photos 8-1 & 9-1)*. This area had contained a receptacle along with #10 THHN wire attached to the receptacle *(Photos 5-2 & 7-2)*. Mr. William Sysyk, Chesapeake Fire Consultants, had removed the receptacle and wire prior to our site examination.

### 3.2    Interview: Mr. Ed Garver, Manager of Westminster Warehousing

Mr. Garver stated the north corner office was rented to Mr. John Caves. Scott Broadfoot, who was on work release from the Westminster Detention Center, used the container on the northeast side of the structure. Mr. Broadfoot is employed with Glamour Moving and Storage.

*F A I C File # 99-918-208*

Reportedly, Mr. Broadfoot had run the wire from the receptacle in the north corner office, along the northeast exterior wall and into the storage container located on the northeast side of the property *(Photos 2-1 & 20-1)*. It is unknown what Mr. Broadfoot was powering within the storage container.

Westminster Warehousing Services is insured with Erie Insurance Company.

## 4.0    EVIDENCE

During the course of our site examination, no physical evidence was recovered from the site by Fire & Arson Investigation Consultants, Inc.

## 5.0    ANALYSIS

The site examination, burn patterns, and interviews were consistent with the fire originating in the north corner office, specifically inside the northwest wall in the area of non-code compliant electrical work (i.e.: Open air connections). Reportedly, Mr. William Sysik, Chesapeake Fire Consultants, had removed the wiring and receptacle prior to our site examination. We examined and photographed these components on October 28, 1999. An examination of the removed wiring revealed no abnormal electrical activity; however, a section of wire was missing and was not seen or recovered by Chesapeake Fire Consultants. This section of wire was located in the area of fire origin.

Grinnell, 9640 Gerwig Lane, Columbia, Maryland, 21046, (t/n 410-381-1400) reportedly serviced the sprinkler system after the fire. During the servicing process it should have been noted that the system had obstructed sprinkler heads and may not function properly. Additionally, the condition of obstructed

sprinkler heads will result in delayed sprinkler head activation and/or ineffectiveness of the water spray pattern. This resulted in greater fire and water damage.

It has been determined that the fire originated within the northwest wall of the north office, specifically in the area where non-code compliant electrical work was performed. The cause had been determined to be abnormal electrical activity resulting in the ignition of nearby combustible structural components.

It was reported that Mr. John Caves and Mr. Scott Broadfoot work for Glamour Moving & Storage. Mr. Scott Broadfoot is on work release from the Westminster Detention Center. It is not known if Mr. Caves or Mr. Broadfoot were insured.

## 6.0    CONCLUSION

The following conclusions are based on information obtained during the site examination and interviews with the principals. These conclusions also have foundation based on the investigator's experience and education. F.A.I.C., Inc., retains the right to modify this report, and/or to submit a supplemental report, in the event that additional information becomes available. Based on this investigation and analysis, and to a reasonable degree of certainty, F.A.I.C., Inc., determined the following:

- It has been determined that the fire originated within the northwest wall of the north office, specifically in the area where non-code compliant electrical work was performed; most likely by Mr. John Caves and Mr. Scott Broadfoot.
- The cause of the fire resulted from abnormal electrical activity resulting in the ignition of nearby combustible structural components.

F A I C. File # 99-918-208

- One of the obstructed sprinkler heads was in close proximity to the area of fire origin.  The obstructed head delayed in activation and/or had an ineffective spray pattern from the sprinkler head.  This condition resulted in the activation of additional sprinkler heads and increasing the amount of fire & water damage due to the ineffective spray pattern.

Respectfully submitted,

Michael E. Schaal, CFEI, CFE, CPI
Senior Fire & Explosion Investigator