*Curriculum Vitae*
*Of*
*Michael E. Schaal, CFEI, CFE, CPII*

## PROFESSIONAL EXPERTISE

- *Certified Professional Insurance Investigator, Certified Fire & Explosion Investigator, Certified Fraud Examiner, specializing in determining the origins, causes, and circumstances of structural, vehicular, and marine fires; experienced in explosion investigations, fire protection analysis, plan review, fire investigation training, and law enforcement; collaborative background with local, state, and federal government agencies; twenty-three years service with the Anne Arundel County EMS/Fire/Rescue, which includes five years in the capacity of Fire Marshal; 4,110 hours of diversified fire service training; hold expert witness qualifications in fire origin & cause investigations, fire suppression, and fire protection.*

## EDUCATION

- *Anne Arundel County Fire Academy, 14th Recruit Class, 1977*
- *B.S., Fire Science, University College, University of Maryland, 1986*
- *A.A., Fire Protection Technology, Catonsville Community College, 1981*
- *Anne Arundel County Police Academy, 44th Recruit Class, 1990*
- *Certificate, Law Enforcement and Criminal Justice, Anne Arundel Community College, 1991*
- **National Fire Academy Courses Taken        Emmitsburg, Md.**

| Course | Level | Month | Year | Hours | |
|---|---|---|---|---|---|
| Incident Command II | Advanced | June | 1982 | 80 | hrs. |
| Fire Service Mid-Management I | Advanced | August | 1982 | 80 | hrs. |
| Educational Methodology | Advanced | December | 1982 | 80 | hrs. |
| Course Development | Advanced | January | 1982 | 80 | hrs. |
| Public Fire Education Conference | Advanced | January | 1983 | 40 | hrs. |
| Incident Command/Arson Detection | Basic | April | 1983 | 120 | hrs. |
| National Conference on Fire Safety | Advanced | February | 1984 | 40 | hrs. |
| Instructional Techniques for Company Officers | Basic | April | 1984 | 16 | hrs. |
| Chemistry of Hazardous Materials | Advanced | July | 1984 | 80 | hrs. |
| Arson Detection for Company Officers | Basic | January | 1985 | 40 | hrs. |
| Fire Service Leadership/Comm. | Advanced | April | 1985 | 120 | hrs. |
| Fire Service Supervision TIP | Advanced | July | 1985 | 40 | hrs. |
| Hazardous Materials: Tactical Considerations | Advanced | May | 1986 | 80 | hrs. |
| Building Construction | Advanced | July | 1986 | 40 | hrs. |

| | | | | | |
|---|---|---|---|---|---|
| ➤ In-Service School: Fire Investigation | Advanced | October | 1990 | 40 | hrs. |
| ➤ Advanced Explosives and Terrorist Activities | Advanced | February | 1990 | 5 | hrs. |
| ➤ Fire Inspector Orientation | Advanced | April | 1990 | 300 | hrs. |
| ➤ Advanced Explosives Investigations | Advanced | January | 1991 | 80 | hrs. |
| ➤ DC/MD Training Seminar | Advanced | March | 1991 | 16 | hrs. |
| ➤ Arson Investigator Seminar | Advanced | May | 1991 | 24 | hrs. |
| ➤ Advanced Arson Investigative Techniques for the Insurance Industry | Advanced | August | 1992 | 40 | hrs. |
| ➤ National Staff and Command Course | Advanced | March | 1993 | 56 | hrs. |
| ➤ Gas & Electrical Fires | Advanced | November | 199516 | 8 | hrs. |
| ➤ Tools & Tech. Of Fraud Exam | Advanced | August | 1996 | 8 | hrs. |
| ➤ Private Investigator Program | Advanced | November | 1996 | 36 | hrs. |
| ➤ Public Records Research | Advanced | November | 1997 | 16 | hrs. |
| ➤ NFPA Regional Meeting | | | 1997 | 8 | hrs. |
| ➤ Fire Investigation Seminar | Advanced | April | 1998 | 8 | hrs. |
| ➤ Fire Analysis Litigation | Advanced | January | 2000 | 21 | hrs. |

## TEACHING EXPERIENCE

- Developed and taught Fire/Arson Investigation course (56 classroom hours)
- <u>In-service Training Instructor</u>, Anne Arundel County Fire Department: "Fire Arson Detection"
- <u>Adjunct Instructor,</u> National Fire Academy: Fire Arson Detection", "Preparing for Incident Command", "Commanding the Initial Response", "Building Construction: Wood and Ordinary", "Building Construction: Protected and Non-combustible", "Fire Service Supervision", and "Conducting Fire Prevention Inspections".

*The following is a list of courses I have taught for the National Fire Academy and the Anne Arundel County Fire Department:*

➤ *Preparing for Incident Command*
➤ *Commanding the Initial Response*
➤ *Fire Service Supervision - Personal Effectiveness*
➤ *Fire Service Supervision - Team Effectiveness*
➤ *Building Construction - Wood & Ordinary*
➤ *Building Construction - Protected & Non-combustible*
➤ *Conducting Basic Fire Prevention Inspections*
➤ *Fire/Arson Detection ***

   * This course was taught in North Carolina for State Training Weekend.

JUN. 4.2003   9:49PM                                               NO.264   P.3/16

- Use of Micro-Computers | Basic | December | 1986 | 80 | hrs.
- Preparing for Incident Command: | Advanced | June | 1987 | 40 | hrs.
  Commanding the Initial Response
- Fire Prevention Specialist I | Advanced | October | 1987 | 80 | hrs.
- Fire Prevention Specialist II | Advanced | November | 1987 | 80 | hrs.
- Managing Fire Prevention Services | Advanced | January | 1988 | 80 | hrs.
- Plans Review for Inspectors | Advanced | February | 1988 | 80 | hrs.
- Fire/Arson Investigations | Advanced | January | 1990 | 80 | hrs.
- Incident Command System | Advanced | August | 1994 | 16 | hrs.

♦ **Anne Arundel County Fire Department**          Millersville, Md.

- A.A. County Fire Recruit School | Basic | December | 1977 | 640 | hrs.
- M.F.R.I. Pumps | Basic | July | 1978 | 24 | hrs.
- HM Incident Control | Basic | July | 1979 | 21 | hrs.
- Fire Officer's Seminar | Basic | April | 1981 | 40 | hrs.
- Handling Radioactive Materials | Basic | March | 1981 | 12 | hrs.
- Fire Officer Training/Orientation | Basic | January | 1985 | 40 | hrs.
- M.F.R.I. Leadership & Supervision | Basic | January | 1985 | 16 | hrs.
- HM Level II & III Training | Advanced | December | 1989 | 54 | hrs.
- A.A. County Police Training | Advanced | August | 1990 | 800 | hrs.

♦ **Miscellaneous Training & Seminars**

- Telecom Workshop | Basic | October | 1982 | 18 | hrs.
- Management Skills | Basic | October | 1983 | 8 | hrs.
- Telecom Workshop | Basic | November | 1983 | 18 | hrs.
- Management Skills | Basic | December | 1983 | 8 | hrs.
- Managing People | Basic | April | 1984 | 8 | hrs.
- Speed Reading | Basic | May | 1984 | 16 | hrs.
- Managing People | Basic | May | 1984 | 8 | his
- Swift Water Rescue | Advanced | June | 1985 | 16 | hrs.
- High Angle Rescue | Advanced | June | 1985 | 20 | hrs.
- Basic Boating | Basic | April | 1986 | 40 | hrs.
- High Angle Rescue | Advanced | June | 1986 | 20 | hrs.
- Boating Skills & Seamanship | Basic | November | 1986 | 15 | hrs.
- Teleconference: | Basic | April | 1987 | 8 | hrs.
  Exiting Buildings
- MD Fire Safety Symposium | Advanced | April | 1987 | 10 | hrs.
- Right to Know Training | Basic | December | 1987 | 2 | hrs.
- Intro. to Lotus 1-2-3 | Basic | | 1987 | 15 | hrs.
- Origin & Cause of Fire | Basic | November | 1989 | 8 | hrs.
- Natural Gas Training | Basic | November | 1989 | 4 | hrs.
- Glock Armors Training | Advanced | October | 1989 | 8 | hrs.
- Glock Firearms I.T. | Advanced | November | 1989 | 24 | hrs.
- Basic Firearms Training | Basic | December | 1989 | 64 | hrs.

JUN 04 '03 22:47                                                           PAGE.03

## PROFESSIONAL WORK EXPERIENCE

- *Division Chief, Anne Arundel County EMS/Fire/Rescue, Millersville, Md., 1977 - present*
- *President/CEO, Fire & Arson Investigation Consultant, Inc., 1991 - present*
- *Fire Marshal, Anne Arundel County EMS/Fire/Rescue, 1986 - 1991*
- *Senior Cause and Origin Investigator, FTI Corporation, Annapolis, Md., 1991 - 1998*

## PROFESSIONAL CERTIFICATIONS

- *Fire and Explosion Investigator, National Association of Fire Investigators*
- *Fire Investigator, International Association of Arson Investigators*
- *Fire Investigator, National Board on Fire Service Professional Qualifications*
- *Fraud Examiner, National Association of Fraud Examiners*
- *Certified Professional Insurance Investigator, Investigative Resources Global, Inc.*
- *Hazardous Materials Response Team Specialist, National Fire Academy*
- *Fire Prevention Officer, National Fire Academy*
- *Fire Training Specialist, National Fire Academy*
- *Fire Officer IV, National Board on Fire Service Professional Qualifications*
- *Fire Instructor III, National Board on Fire Service Professional Qualifications*
- *Firefighter III, National Board on Fire Service Professional Qualifications*

## PROFESSIONAL AFFILIATIONS

- *International Association of Fire Investigators*
- *Maryland Arson Investigators Association*
- *DC/MD Chapter of the International Association of Arson Investigators*
- *National Association of Fire Investigators*
- *National Fire Protection Association*
- *Fire Marshals Association of North America*
- *The Building Officials and Code Administrators Association*
- *Anne Arundel County Professional Fire Officers Association*
- *Maryland Chapter Association of Certified Fraud Examiners*
- *National Association of Certified Fraud Examiners*

## HONORS/AWARDS

- *Chief's Award for Commendable Performance, Office of the Fire Marshal, Anne Arundel County Fire Department, 1990*
- *Chief's Award for Commendable Performance, CDS Program Development, Anne Arundel County Fire Department, 1995*
- *Chief's Award for Commendable Performance, FLSA Study Committee, Anne Arundel County Fire Department, 1996*

- *Chief's Award for Commendable Performance, Development of NFPA 1033, Fire Investigation Course, 1997*

*6/01*