JUN. 4.2003   9:52PM                                          NO.264   P.13/16

# *Testimony of Michael E. Schaal, CFEI, CFE, CPII*

| Date | Location | Description | Qualified_AS | Type of Testimony |
|---|---|---|---|---|
| 5/31/1988 | District Court of Marylan | St of MD vs. Coley, James | Origin & Cause Expert | Trial |
| 2/28/1992 | United States District Co | Fallahkhayr Vs Metropolian Insurnance Company | Origin & Cause Expert | Depo |
| 4/28/1992 | Circuit Court AA County | State vs Yost | Plea | Plea |
| 4/28/1992 | Circuit Court, AA Count | State vs Freed | Plea | Plea |
| 4/9/1993 | Circuit Court, AA Count | State vs Fuhrer/Montgomery | Plea | Plea |
| 6/16/1993 | US District, Eastern Virgi | Golden Corral vs William A. | Origin & Cause Expert | Depo |
| 9/9/1993 | Circuit Court, Harford C | Free State Sales Vs CAN | Origin & Cause Expert | Hearing |
| 9/15/1993 | Circuit Court Montgomer | Shoemaker vs Rhodes | Fire Protection Expert | Trial |
| 6/13/1994 | Circuit Court AA County | Dancil Bedsole vs Nationwide | Origin & Cause Expert | Depo |
| 7/19/1994 | United States, District, B | Eastern Yacht Club vs. USFG | Origin & Cause Expert | Depo |
| 8/25/1994 | | Yale Village Fire Analysis | Origin & Cause Expert | Depo |
| 3/14/1995 | Cohen, Bennett & Greene | 104 Linden Avenue | Fire Protection Expert | Depo |
| 4/28/1995 | Circuit, AA County | State vs Yost, Stacy | Plea | Plea |
| 11/20/1995 | United States District Co | Eastern Yacht Club vs USFG | Origin & Cause, Fire Protection, Fire Suppression | Trial |

**Wednesday, June 04, 2003   Page 1 of 4**

JUN 04 '03 22:50                                                    PAGE.13

| Date | Location | Description | Qualified_AS | Type of Testimony |
|---|---|---|---|---|
| 1/17/2001 | Seemes Bowen Seemes | Susanne Sundick | Origin & Cause | Depo |
| 2/16/2001 | Holiday Inn, Timonium | State Farm vs Daimler Chrysler | Origin & Cause | Hearing |
| 5/21/2001 | Law office of Michael H. | Harleysville Ins. V. Lewis | Origin & Cause | Depo |
| 6/18/2001 | Ferguson, Schetelich & H | Continental Casualty Company v. Park Heights Medic | Origin & Cause | Yes |
| 8/7/2001 | Semmes, Bowen & Sem | Travelers vs Nicholas Dozes | Origin & Cause | Depo |
| 10/2/2001 | Circuit Court, Allegany C | State of MD vs Howard Wendell Dennis Jr. | Origin & Cause, Fire Suppression, Fire Protection | Trial |
| 10/2/2001 | Circuit Court, Allegany C | State of MD vs Melinda Kay Dennis | Origin & Cause, Fire Suppression, Fire Protection | Trial |
| 11/27/2001 | District Court, Anne Aru | State Farm vs. Elvaton Auto & Truck Service | Origin & Cause | Trial |
| 2/8/2002 | Law offices of Frank Dail | Rowland v. Sartorio, et.al | Origin & Cause | Depo |
| 3/22/2002 | Venable, Baetjer & Howa | David Hoon vs. Lightolier, | Origin & Cause | Depo |
| 5/7/2002 | Law Offices of Joseph. G | Diane Oliff-Michael v Mutual Benefit Insurance Co. | Origin & Cause | Depo |
| 5/15/2002 | Law Offices of Brizendin | Harford Mutual v. Blue Ridge Fuel Corp. | Origin & Cause | Depo |
| 5/16/2002 | Law Offices of Charles F | Ford v Sears | Origin & Cause | Depo |
| 6/3/2002 | BGE | Gwendolyn Jones v BGE | Origin & Cause | Depo |
| 10/14/2002 | Law Offices of Charles F | Jenet Ferrell v. CVS | Origin & Cause | Depo |

**Wednesday, June 04, 2003    Page 3 of 4**

| Date | Location | Description | Qualified_AS | Type of Testimony |
|---|---|---|---|---|
| 11/19/2002 | Circuit, Montgomery Co | Belinkie vs. Hadco | Origin & Cause | Trial |
| 4/3/2003 | Federal Court, Prince Ge | Anthony Agwumezie v Allstate | Origin & Cause | Trial |
| 4/15/2003 | FAIC | Nationwide v. Rita Koerner | Origin & Cause, Fire Suppression | Depo |
| 4/30/2003 | FAIC | Nationwide v. Rita Koerner | Origin & Cause, Fire Suppression | Video Depo |
| 5/1/2003 | Office of Michele Harper | J. Paul's Harborplace v. Inrecon, Rite Way, Indust | Origin & Cause | Depo |
| 6/2/2003 | Law office of Joseph Jage | Charter oak Fire Ins Co Spurgeon Carter | Origin & Cause | Depo |