# MEA SERVICES, INC.

10151 Deerwood Park Blvd., Building 200, Suite 250-118
Jacksonville, FL 32256
Telephone: (800) 330-3340   Facsimile: (888) 730-0999
E-Mail: info@meainvestigations.com   Web site: www.meainvestigations.com
Florida License No. A-0001994

April 08, 2003

**TO:**
**SHERYL ZUKIN**

RE: Your Case Name - BARTELSMANN II   Our Case No. 20031684

Despite our best efforts, we have been unable to identify any insurer, or any evidence of coverage for the date of loss on:

CARROLL FIRE PROTECTION

This does not imply that there is no coverage, just that our inquiries have been unable to identify any.

In accordance with our terms of business, there is no charge for this inquiry. Thank you for the opportunity to serve your investigative needs. We look forward to assisting you in the near future.

*MEA has used reasonable care to obtain accurate and up to date information from sources that it considers reliable. It is believed that all information provided is accurate, but MEA makes no warranty or guarantee, either express or implied, that the information provided heren is correct, since the information has been obtained from other sources. You should not make a decision to proceed based solely upon the information provided herein, but should also use reasonable care and utilize other sources of information that are available to you in order to make your decision as to how to proceed. NOTE: WE ENCOURAGE CONTACTING US VIA E-MAIL WITH ANY QUESTIONS OR QUERIES YOU HAVE. THIS WILL ASSURE AN EXPEDITIOUS RESPONSE. OUR E-MAIL ADDRESS IS: info@meainvestigations.com*

*OTHER SERVICES OFFERED*
*Assets Reports: Locates: National Criminal Searches. National Civil Searches*
*Visit our website or e-mail us for addtional details and for a copy of the respective Request Form(s)*

**Faxed** to (248) 593-5808 with no hardcopy to follow.
Alyssa J. Endelman
30800 Telegraph Road
Suite 3858
Bingham Farms, MI 48025