# FEE SCHEDULE
## JANUARY 1, 2003 - DECEMBER 31, 2003

### Consulting and Investigations

| | |
|---|---|
| Fire/Explosion Investigations | $80.00/hour |
| Private Detective Services | $80.00/hour |
| Fire Protection Analysis | $80.00/hour |
| Code Consulting | $80.00/hour |
| Engineering Analysis | $At Cost |
| Fire Investigation Training | Per contract |

### Expert Witness Services

| | |
|---|---|
| Expert Court Testimony | $100.00/hour |
| Depositions | $100.00/hour |
| Charges for Cancellation Less then 48 hours | $200.00 |

- Preparation time charged at applicable hourly rates.
- Travel time charged at hourly rates.
- $500.00 payment for discovery deposition by adverse counsel must be made in advance.
- Stand-by billed at applicable hourly rates.

### Expenses

| | |
|---|---|
| Mileage | $0.35/mile |
| Photography (film & processing) | $25.10/roll |
| Meals (if out of state & overnight) | $25.00/day |
| Air Fare / Lodging | At Cost |
| Rental Car | At Cost |
| Taxis | At Cost |
| Tolls | At Cost |
| Parking Fees | At Cost |
| Other Miscellaneous Expenses | At Cost |

### Sample and Exhibit Storage

| | |
|---|---|
| Sample Collection | $15.00/sample |
| Sample Testing | At Cost |
| Physical evidence storage | $120.00/year |

- All evidence from a positive fire debris case is retained until instructions are received to dispose or ship elsewhere.
- Negative samples from cases will be destroyed thirty days after analysis, unless instructed otherwise.

**INVOICES ARE PAYABLE WITHIN 30 DAYS UPON RECEIPT UNLESS OTHER ARRANGEMENTS ARE MADE IN ADVANCE.  A 5% SURCHARGE WILL BE ASSESSED ON PAST DUE PAYMENTS**
**FEES SUBJECT TO CHANGE WITHOUT NOTICE**