IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY<br>And GERLING AMERICA INSURANCE<br>COMPANY, as Subrogee of<br>BERTELSMANN, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>GLAMOUR MOVING COMPANY, INC.<br>And WESTMINSTER WAREHOUSING<br>SERVICES, INC.<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>CASE NO.   S02-CV-03178<br>*<br>*<br>* |

************

## PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY CUT-OFF

Plaintiffs, Allianz Insurance Company and Gerling Insurance Company, by and through its attorneys Grotefeld & Denenberg, LLC and Siskind, Grady, Rosen, Hoover & Levin, P.A. and for the reasons set forth in its attached Brief in Support, respectfully requests that this Court extend the September 12, 2003 discovery cut-off 90 days or December 12, 2003.

_____
Alyssa J. Endelman (MI Bar No: P61931)
Paul Hines (MI Bar No: P47328)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

And

Lloyd J. Snow (Bar No. 03787)
Cindy R. Diamond (Bar No. 05810)
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-6606

Attorneys for Plaintiffs

Dated: August 28, 2003

83144