## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

**ALLIANZ INSURANCE COMPANY**     *
**And GERLING AMERICA INSURANCE**
**COMPANY, as Subrogee of**     *
**BERTELSMANN, INC.**
                                 *
**Plaintiffs,**
                                 *
    **vs.**                 **CASE NO.     S02-CV-03178**
                                 *
**GLAMOUR MOVING COMPANY, INC.**
**And WESTMINSTER WAREHOUSING**     *
**SERVICES, INC.**
                                 *
**Defendants.**

************

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO EXTEND
## THE DISCOVERY CUT-OFF

NOW COME, Plaintiffs, Allianz Insurance Company and Gerling America Insurance Company, as Subrogee of Bertelsmann, Inc., by and through their attorneys, Grotefeld & Denenberg, L.L.C., and Siskind, Grady, Rosen, Hoover & Levin, P.A., and for its Brief in Support of Motion to Extend the Discovery Cut-Off states as follows:

## PROCEDURAL BACKGROUND

This diversity subrogation action was filed by Allianz and Gerling against Westminster Warehousing and Glamour Moving for their various acts which caused damage to Plaintiffs' subrogor's books resulting from fire October 4, 1999.

Plaintiff has timely responded to discovery requests and other requests for information from both Defendants.  Unfortunately, Plaintiff has not received the same courtesies in return.

The following will provide a timeline of Plaintiffs' attempt to comply in good faith with the Court's Scheduling Order:

| June 24, 2003: | Plaintiff's Interrogatories to Defendant Westminster Warehousing. |
|---|---|
| July 14, 2003: | Offer to settle with Defendant Westminster Warehousing. No response until August 22, 2003. (**Exhibit 1**) |
| July 18, 2003: | Offer to settle with Defendant Glamour Moving. No response. (**Exhibit 2**) |
| July 31, 2003: | Request to take depositions of Glamour Moving employees. No response. (**Exhibit 3**) |
| August 7. 2003: | Request to take depositions of both parties. No response. (**Exhibit 4**) |
| August 7, 2003: | Correspondence to Defendant Glamour Moving regarding overdue discovery responses and failure to comply with Rule 26(a)(2). (**Exhibit 5**) |
| August 13, 2003: | Received response from Defendant Glamour Moving claiming that they never received discovery requests and providing the name of the expert firm they typically use which still does not comply with Rule 26(a)(2). (**Exhibit 6**) |
| August 13, 2003: | Plaintiff forwarded yet another copy of the discovery requests to Defendant Glamour Moving. |

Plaintiff has clearly attempted to meet the Court's discovery deadline in good faith. However, due to circumstances beyond its control, discovery will not completed by the September 12, 2003 deadline.

## CONCLUSION

By continuing the discovery cut-off, no party will be prejudiced. However, if discovery is closed, Plaintiff will be prejudiced based upon the failure of Defendant Glamour Moving to comply with Rule 26(a)(2) and respond to discovery requests. Plaintiff will also be prejudiced

because of  both parties failure to confer with counsel setting up a deposition schedule. Pursuant to Local Rule 105, both parties have consented to this motion and been provided with notice of its filing.

WHEREFORE, Plaintiff Allianz Insurance Company and Gerling Insurance Company, as subrogee of Bertelsmann, respectfully requests that this Court extend the September 12, 2003 discovery cut-off 90 days or December 12, 2003.

_____

Alyssa J. Endelman (MI Bar No: P61931)
Paul Hines (MI Bar No: P47328)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

And

Lloyd J. Snow (Bar No. 03787)
Cindy R. Diamond (Bar No. 05810)
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-6606

Attorneys for Plaintiffs

Dated:  August 27, 2003

83069