Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

July 14, 2003

**VIA FACSIMILE** *410-841-6591*
Mary Gould Weidner, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD  21401

  Re: **Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc. vs. Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**
    Case No: S02-CV-03178

Dear Ms. Weidner:

 We have the authority to settle this matter for $50,000.  Please communicate this offer to your client and advise if they are willing to accept.

 We look forward to hearing from you shortly.

           Very truly yours,

         **GROTEFELD & DENENBERG, L.L.C.**


           Alyssa J. Endelman

AJE/ah

80953