Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

July 18, 2003

<u>**Via Facsimile**</u>

William Carlos Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD  21286

      **Re:**   <u>**Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc.** vs. **Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**</u>
            **Case No:   S02-CV-03178**

Dear Mr. Parler:

    We hereby offer to settle this matter in full and final settlement for $100,000.  Please communicate this offer to your client and advise if you are willing to accept this offer.  If we cannot come to a mutual settlement, we need to begin setting up depositions in this matter.  We would like to begin with the depositions of the owners of Glamour Moving, in particular, the owner who assisted in installing the wiring.

    Please respond to this offer no later than July 25, 2003 as we have a discovery deadline in mid-September.  We look forward to speaking with you shortly.

                     Very truly yours,

                   **GROTEFELD & DENENBERG, L.L.C.**

                     Alyssa J. Endelman

AJE/ah
81195

Alyssa J. Endelman
E-mail: aje@gd-llc.com
Direct Dial: (248) 263-2802

Mary Gould Weidner, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD  21401