Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

July 31, 2003

**Via Facsimile**

William Carlos Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD  21286

Re: **Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc.** vs. **Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**
Case No:    S02-CV-03178

Dear Mr. Parler:

We would like to take the depositions of the owners of Glamour Moving and Scott Broadfoot.  Please advise if you are available September 3rd or 4th for these depositions.

Very truly yours,

**GROTEFELD & DENENBERG, L.L.C.**

Alyssa J. Endelman

AJE/ah
81868

Alyssa J. Endelman
E-mail: aje@gd-llc.com
Direct Dial: (248) 263-2802

Mary Gould Weidner, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD  21401