Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

August 7, 2003

**Via Facsimile**

William Carlos Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD  21286

Mary Gould Weidner, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD  21401

      Re:    **Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc.** vs. **Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**
             Case No:   S02-CV-03178

Dear Mr. Parler & Ms. Weidner:

    Please be advised we would like to take the following depositions: Scott Broadfoot – Glamour Moving; Jack Dill – Glamour Moving; 30(B)(6) Corporate Representative – Glamour Moving and Westminster Warehousing; Ed Garver – Westminster Warehousing; and Allen Stypeck – Westminster Warehousing.

    The only availability that I have prior to our September 12, 2003 Discovery Cut-Off is August 26, August 27, August 28, and September 4, 2003. Additionally, September 2nd or September 3rd may be open, however, I am awaiting a confirmed date on a Mediation on another matter in Baltimore. Please advise if any of these dates are satisfactory, and I will move forward with noticing these depositions.

    If we cannot agree on any dates prior to the September 12th Discovery Cut-off, I would submit to you that we file a joint motion to extend the Scheduling Order.

    Upon receipt of this correspondence, please contact the undersigned to discuss this matter.

                                     Very truly yours,

                                     **GROTEFELD & DENENBERG, L.L.C.**

                                     Alyssa J. Endelman

Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

AJE/ah
82186

Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

Mary Gould Weidner, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD  21401