Alyssa J. Endelman<br>
E-mail: aje@gd-llc.com<br>
Direct Dial: (248) 263-2802

August 7, 2003

William Carlos Parler, Jr., Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD  21286

      **Re:**    **Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc. vs. Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**
            **Case No:**    **S02-CV-03178**

Dear Mr. Parler:

      Please be advised we have not yet received your Responses to our discovery requests which were due on August 2, 2003.  In addition, we have not received your Rule 26(a)(2) Disclosures regarding experts which were due on July 31, 2003.  Failure to make the initial disclosures required by this rule can result in the exclusion of the undisclosed witness or information.  If we do not receive your initial disclosures within the next seven (7) business days, we will file a motion with the Court.  We look forward to receiving these from your shortly.

      Should you have any questions or concerns regarding this matter, please contact the undersigned.

                             Very truly yours,

                         **GROTEFELD & DENENBERG, L.L.C.**

                             Alyssa J. Endelman

AJE/ah
82197

Alyssa J. Endelman
E-mail: aje@gd-llc.com
Direct Dial: (248) 263-2802

Mary Gould Weidner, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD  21401