# Parler & Wobber

A Limited Liability *Partnership*
Attorneys at Late

William c.Parler, Jr
Kathleen K wobber•
_____
Steven R. sitberman
Ioannis A Laskaris
Jessica L. Russo
Licensed in Maryland
Licensed in the district of Columbia
Licensed in Virginia

The Hemenway Building
4o6 East Joppa Road
Towson, Maryland 21286-5401
(410) 832-1800 fax (410) 832-2536
baltimore@parletwobber.com

of Counsel
Mark E. Hcrrmann
John G. Packard
Richmond office
1015 East Main Street. 4ʰ Floor
Richmond. Virginia 23223-0083
(804) 649-8847faX (804) 649-3854
richmond@parlerwabber.com

August 13, 2003

VIA FACSIMILE END MAIL

Alyssa J. Endelman
**GROTEFELD & DENENBERG, LLC**
30800 Telegraph Road, Suite 3858
Bingham Farms, Michigan 48025

Re: Allianz Insur.Co. & Gerling America Insur.
Co., as Subrogee of Bertelsmann, Inc. v.
Glamour Moving Co., Inc. and Westminster
Warehousing Services, Inc.

Case No: S02-CV-03178

Dear Ms. Endelman:

Your correspondence of August 7, 2003 directed to William Parler of this office was received by u; on August 11th and forwarded to me on August 12th. We have been unable to locate discovery propounded upon Glamour Moving by you. We have only been able to locate Plaintiffs interrogatories to Defendant Westminster Warehousing Services and Plaintiff's Request for Production of Documents directed to Defendant Westminster Warehousing, Inc. If you would be so kind as to forward to me a set of your discovery request, to Glamour Moving, I -,vill deal with them directly.

Also, I nose that I have not received Westminster Warehousin-'s Responses as of this point.

With respt;ct to your second point: I will check with Mr. Parler. Upon review of your disclosure, it appears you have only designated a cause and origin expert. The fire

Alyssa J. Endelman
August 13, 2003
Page 2

analysis experts that we use are Robson Lapina of Lancaster, Pennsylvania, and I will verify their opinion.

I trust this serves to respond to your inquiry. Should you have any questions or concerns regardins; the response, please contact me.

Very truly yours,

JOHN G. PACKARD

JGP:fjb