IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY <br> And GERLING AMERICA INSURANCE <br> COMPANY, as Subrogee of <br> BERTELSMANN, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> GLAMOUR MOVING COMPANY, INC. <br> And WESTMINSTER WAREHOUSING <br> SERVICES, INC. <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * CASE NO.   S02-CV-03178 <br> * <br> * <br> * <br> * |

************

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, ALLIANZ INSURANCE COMPANY and GERLING AMERICA INSURANCE COMPANY, as Subrogees of BERTELSMANN, INC., by and through their counsel GROTEFELD & DENENBERG, L.L.C., and SISKIND, GRADY, ROSEN & HOOVER, P.A., and for their Motion for Summary Judgment rely on the attached Memorandum of Law.

_/s/ Alyssa J. Endelman_
Alyssa J. Endelman (MI Bar No: P61931)
Paul Hines (MI Bar No: P47328)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

And

                    Lloyd J. Snow (Bar No. 03787)
                    Cindy R. Diamond (Bar No. 05810)
                    Siskind, Grady, Rosen & Hoover, P.A.
                    1100 Mercantile Bank & Trust Building
                    2 Hopkins Plaza
                    Baltimore, Maryland 21201
                    (410) 539-6606

                    Attorneys for Plaintiffs

Dated: November 21, 2003

86941