

**GROTEFELD & DENENBERG, LLC**

Bingham Farms, MI
Chicago, IL
Plantation, FL
San Francisco, CA

30800 Telegraph Road
Suite 3858
Bingham Farms, Michigan 48025

Telephone: (248) 727-7100
Facsimile: (248) 593-5808

Alyssa J. Endelman
E-mail: aje@gd-llc.com
Direct Dial: (248) 263-2802

September 18, 2003

**Via Facsimile**

John Packard, Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD 21286

Re:   **Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc. vs. Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**
      Case No:   S02-CV-03178

Dear Mr. Packard:

Enclosed with regard to the above-referenced matter, please find Plaintiff's Request for Admission to Defendant, Glamour Moving, and Certificate of Service.

Very truly yours,

GROTEFELD & DENENBERG, L.L.C.

Alyssa J. Endelman

AJE/ah
Enclosure
cc (w/enc.):   Charles Goetz, Esq.

84152

| | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | CMDU | STATUS |
|---|---|---|---|---|---|---|---|
| 27 | 09/18 14:31 14108416591 | | EC--S | 03'16" | 013 | 174 | OK |

TX CONFIRMATION REPORT     AS OF   SEP 18 '03 14:34     PAGE.01

GROTEFELD DENENBERG

## ROTEFELD ENENBERG,1,i.c

Bingham Farms, MI
Chicago, IL
Plantation, F'1.,
San Francisco, CA

30800 Telegraph Road
Suite 3858
Bingham Farms, Iv11 18025
Telephone: (248) 727-7100
Facsimile: (248) 593-5808

Alyssa J. Endelman
Email: aimed-t1c.cont
Direct Dial: (248) 263-5802

### Facsimile Cover Sheet

To:        John Packard, Esq.

Fax No.:   (410) 841-6591

From:      Alyssa J. Endelman, Esq.

Re:        Allianz Insurance Co., as Subrogee of Bertelsmann, Inc. vs. Glamour Moving Co., Inc., et el.

No. of Pages (including cover sheet): j

Date:      September 18, 2003

If transmission problems occur, or you are not the intended recipient, please call Ann at (248) 727-7100.

SHCIAL INSTRUCTIONS:

The information contained in this facsimile mcxvaqe is privileged and confidential ioformation intended for the use of the addresscc lilted above and no one else. If you are not the intended recfpient or the employee or agent respneuble to deliver tbu mcacage to the intended recipient, please do not use this transmiyuon in any way, but contact the sender by telephone.

84018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

ALLIANZ INSURANCE COMPANY And
GERLING AMERICA INSURANCE COMPANY,
as Subrogee of BERTELSMANN, INC.

               *

Plaintiffs,

               *

 vs.             CASE NO.S02-CV-031'78

               *

GLAMOUR MOVING COMPANY, INC. And
WESTMINSTER WAREHOUSING SERVICES,
IN(:.

Defendants.

             ************

**PLAINTIFFS' REQUEST FOR ADMISSION TO**
**DEFENDANT, GLAMOUR MOVING**

  Plaintiffs, Allianz Insurance Company, and Gerling Insurance Company, by and through their attorneys, Grotefeld & Denenberg, L.L.C., and Siskind, Grady, Rosen, Hoover & Levin, P.A., and for its Request for Admissions to Defendant, Glamour Moving, states as follows:

  Pursuant: to Rule 36 of the Federal Rules of Civil Procedure and the local rules for the United States District Court for the District of Maryland, Plaintiffs propound these Requests for Admissions to be answered separately and under oath and to be served upon the Plaintiffs within thirty (30) days of proof of service.

  If an objection is made, the reasons therefore shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party

cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission and when good faith requires that the party qualify an answer or deny only a part of the answer, the party shall specify so much of it which is true and qualify or deny the remainder.

## REQUESTS

1. Admit that Defendant employs Scott Broadfoot.

Response:

2. Admit that Charles Kuhn was previously employed by Glamour Moving.

Response:

3. Admit that Jack Dill is a principal with Glamour Moving.

Response:

4. Admit that Scott Broadfoot and Jack Dill installed the wiring that is the subject of this lawsuit.

Response:

5. Admit that the principals of Glamour Moving were aware that Scott Broadfoot installed the electrical wiring which is the subject of this lawsuit.

**Response**:

*[signature: Alyssa Endelman]*
Alyssa J. Endelman (MI Bar No: P61931)
Paul Hines (MI Bar No: P47328)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

And

Lloyd J. Snow (Bar No. 03787)
Cindy R. Diamond (Bar No. 05810)
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-6606

Attorneys for Plaintiffs

Dated:   September 18, 2003

84125

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **ALLIANZ INSURANCE COMPANY And GERLING AMERICA INSURANCE COMPANY, as Subrogee of BERTELSMANN, INC.** | * | |
| **Plaintiffs,** | | |
| | * | |
| vs. | | CASE NO.**S02-CV-0317,5** |
| | * | |
| **GLAMOUR MOVING COMPANY, INC. And WESTMINSTER WAREHOUSING SERVICES, INC.** | | |
| | * | |
| **Defendants.** | | |

\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of Plaintiffs' Request for

Admission to Defendant, Glamour Moving; and Certificate of Service as follows:

William Carlos Parler, Jr., Esq.                           (410) 841-6591
John Packard, Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD 21.286
Charles Goetz, Esq.                                              (410) 841-6591
Law Office of Nancy Harrison
170 Jennifer Road. Suite 210
Annapolis, MD 21401
via facsimile at the above numbers.

This 18th day of September, 2003.

*Ann M. Harwood*
Ann M. Harwood

Sworn to and subscribed before me
this 18th day of September, 2003.

*Lisa A Vliet*
Notary Public,

LISA A. VLIET
Notary Public, Livingston County, MI
Acting in Oakland County, MI
My Commission Expires 05-04-2007

80179