
**G**ROTEFELD
&**D**ENENBERG, LLC

Bingham Farms, MI
Chicago, IL
Plantation, FL
San Francisco, CA

30800 Telegraph Road
Suite 3858
Bingham Farms, Michigan 48025

Telephone: (248) 727-7100
Facsimile: (248) 593-5808

Alyssa J. Endelman
E-mail: aje@gd-llc.com
Direct Dial: (248) 263-2802

September 18, 2003

**Via Facsimile**

Charles Goetz, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD 21401

Re: **Allianz Ins. Co. & Gerling America Insurance Co., as Subrogee of Bertelsmann, Inc. vs. Glamour Moving Co., Inc., and Westminster Warehousing Services, Inc.**
**Case No:    S02-CV-03178**

Dear Mr. Goetz:

Enclosed with regard to the above-referenced matter, please find Plaintiff's Request for Admission to Defendant, Westminster Warehousing Services, Inc., and Certificate of Service.

Very truly yours,

**GROTEFELD & DENENBERG, L.L.C.**

Alyssa J. Endelman

AJE/ah
Enclosure
cc (w/enc.):   John Packard, Esq.

84151

| | DATE TIME | TO/FROM | MODE | MIN/SEC | PGS | CML13 | STATUS |
|---|---|---|---|---|---|---|---|
| 28 | 09/18 14:34 | 14108416591 | EC--S | 03'18" | 013 | 171_5 | OK |

TX CONFIRMATION REPORT     AS OF    SEP 18 '03 14:38       PAGE-31

GROTEFELD DENENBERG

ROTEFEL,D
  ENENBERG,1,1.C

Bingham Forms, Yll
Chicago, IL
Plantation, FL
$air Francisco, CA

30800 Telegraph Road
Suite 3858
Bingham Farms, MI 48025
Telephone: (248) 727-7100
Facsimile: (248) 593-5808

Alyssa .I. Endclmarl
Email: aieRed-IIF.com
Direct Dial: (248) 263-5802

## Facsimile Cover Sheet

To:        Charles Goetz

Fax No.:   (410) 841-6591

From:      Alyssa J. Endelman, Esq.

Re:        Allianz Insurance Co., as Subrogee of 13ertelsmann, Inc. vs. Glamour Moving Co., Inc., et al.

No. of Pages (including cover sheet): /

Date:      September 18, 2003

If transmission problems occur, or you arc not the intended recipient, please call Ann at (248) 727-7100.

SPECIAL I NSTRUCTIOiYS:

'The information contained to this facsimile message is privileged and too fidential info rtnalioo iolaided for the use of the addrewc h.eted abuse aado n title else. If ),am are not the intended recipient or the employee or agent respouslble to dahver this nlcssa-,c to lli ɩintcndcd rucipicnl, pletuse du nut use tbis lrunsmissioo in any we). but contact the sender by tclcphonc.

82988

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

ALLIANZ INSURANCE COMPANY          \*
And GERLING AMERICA INSURANCE
COMPANY, as Subrogee of             \*
BERTELSMANN, INC.
                                    \*
Plaintiffs,
                                    \*
   vs.                                      CASE NO.   S02-CV-03178
                                    \*
GLAMOUR MOVING COMPANY, INC.
And WESTMINSTER WAREHOUSING         \*
SERVICES, INC.
                                    \*
Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' REQUEST FOR ADMISSION TO
DEFENDANT, WESTMINSTER WAREHOUSING SERVICES, INC.**

Plaintiffs, Allianz Insurance Company, and Gerling Insurance Company, by and through their attorneys, Grotefeld & Denenberg, L.L.C., and Siskind, Grady, Rosen, Hoover & Levin, P.A., and for its Request for Admissions to Defendant, Glamour Moving, states as follows:

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and the local rules for the United States District Court for the District of Maryland, Plaintiffs propound these Requests for Admissions to be answered separately and under oath and to be served upon the Plaintiffs within thirty (30) days of proof of service.

If an objection is made, the reasons therefore shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party

cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission and when good faith requires that the party qualify an answer or deny only a part of the answer, the party shall specify so much of it which is true and qualify or deny the remainder.

## REQUESTS

1. Admit that Westminster Warehousing was employed by Bertelsmann and/or Random House to provide a storage facility for books.

**Response:**

2. Admit that Glamour Moving was a tenant of the warehouse owned by Westminster Warehousing.

**Response:**

3. Admit that a fire occurred on or about October 6, 1999 in the warehouse owned by Westminster Warehousing.

**Response:**

4. Admit that Westminster Warehousing was the bailee of the books being stored at the warehouse.

**Response:**

_____
Alyssa J. Endelman (MI Bar No: P61931)
Paul Hines (MI Bar No: P47328)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

And

Lloyd J. Snow (Bar No. 03787)
Cindy R. Diamond (Bar No. 05810)
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-6606

Attorneys for Plaintiffs

Dated: September 18, 2003

84142

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ALLIANZ INSURANCE COMPANY And GERLING AMERICA INSURANCE COMPANY, as Subrogee of BERTELSMANN, INC. | * * * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO.   S02-CV-03178 |
| GLAMOUR MOVING COMPANY, INC. And WESTMINSTER WAREHOUSING SERVICES, INC. | * * | |
| Defendants. | | |

\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of Plaintiffs' Request for Admission to Defendant, Westminster Warehousing Services, Inc.; and Certificate of Service as follows:

William Carlos Parler, Jr., Esq.        (410) 841-6591
John Packard, Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD 21286

Charles Goetz, Esq.                     (410) 841-6591
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD 21401

via facsimile at the above numbers.

This 18th day of September, 2003.

_____
Ann M. Harwood

Sworn to and subscribed before me
this 18th day of September, 2003.
_____
Notary Public,

LISA A. VLIET
Notary Public, Livingston County, MI
Acting in Oakland County, MI
My Commission Expires 05-04-2007

80179