IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

ALLIANZ INSURANCE COMPANY  \*
And GERLING AMERICA INSURANCE
COMPANY, as Subrogee of  \*
BERTELSMANN, INC.
           \*

Plaintiffs,
           \*

  vs.          CASE NO. S02-CV-03178
           \*

GLAMOUR MOVING COMPANY, INC.
And WESTMINSTER WAREHOUSING  \*
SERVICES, INC.
           \*

Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and correct copy of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment; along with this Certificate of Service via First Class Mail as follows:

William Carlos Parler, Jr., Esq.
John Packard, Esq.
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD 21286

Charles Goetz, Esq.
Law Office of Nancy Harrison
170 Jennifer Road, Suite 210
Annapolis, MD 21401

This 21st day of November, 2003.

*[signature]*
Ann M. Harwood

Sworn to and subscribed before me
this 21st day of November, 2003.

_____*[signature]*_____
Notary Public,

        LISA A. VLIET
  Notary Public, Livingston County, MI
    Acting in Oakland County, MI
  My Commission Expires 05-04-2007

80179