# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

ALLIANZ INSURANCE COMPANY And
GERLING AMERICA INSURANCE COMPANY,
as Subrogee of BERTELSMANN, INC.

              *

Plaintiffs,

              *

   vs.          CASE NO.S02-CV-031'78

              *

GLAMOUR MOVING COMPANY, INC. And
WESTMINSTER WAREHOUSING SERVICES,
IN(:.

Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS' REQUEST FOR ADMISSION TO
DEFENDANT, GLAMOUR MOVING

  Plaintiffs, Allianz Insurance Company, and Gerling Insurance Company, by and through their attorneys, Grotefeld & Denenberg, L.L.C., and Siskind, Grady, Rosen, Hoover & Levin, P.A., and for its Request for Admissions to Defendant, Glamour Moving, states as follows:

  Pursuant: to Rule 36 of the Federal Rules of Civil Procedure and the local rules for the United States District Court for the District of Maryland, Plaintiffs propound these Requests for Admissions to be answered separately and under oath and to be served upon the Plaintiffs within thirty (30) days of proof of service.

  If an objection is made, the reasons therefore shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party

cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission and when good faith requires that the party qualify an answer or deny only a part of the answer, the party shall specify so much of it which is true and qualify or deny the remainder.

## REQUESTS

1. Admit that Defendant employs Scott Broadfoot.

Response:

2. Admit that Charles Kuhn was previously employed by Glamour Moving.

Response:

3. Admit that Jack Dill is a principal with Glamour Moving.

Response:

4. Admit that Scott Broadfoot and Jack Dill installed the wiring that is the subject of this lawsuit.

Response:

5. Admit that the principals of Glamour Moving were aware that Scott Broadfoot installed the electrical wiring which is the subject of this lawsuit.

Response:

                                /s/ Alyssa Endelman
Alyssa J. Endelman (MI Bar No: P61931)
Paul Hines (MI Bar No: P47328)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

And

Lloyd J. Snow (Bar No. 03787)
Cindy R. Diamond (Bar No. 05810)
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-6606

Attorneys for Plaintiffs

Dated: September 18, 2003

84125