# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY, as Subrogee of BERTELSMANN, INC. et al. | * |
| | * |
| **Plaintiffs** | |
| | *   CASE NO.: JFM 02 CV 3178 |
| V. | |
| | * |
| GLAMOUR MOVING COMPANY, INC., et al. | * |
| | |
| **Defendants** | |
| *   *   *   *   *   *   * | |

## AFFIDAVIT

I, William C. Parler, Jr., being first duly sworn and being competent to testify and having personal knowledge of the facts set forth herein, state as follows:

1. I am over eighteen (18) years of age and am competent to be a witness.

2. I am a partner with the law firm of Parler & Wobber, located at 406 E. Joppa Road, Towson, Maryland 21286.

3. Since 1995, the fax number for the law firm of Parler & Wobber has been (410) 832-2536.

4. Plaintiff's facsimile cover sheet that Plaintiff's Counsel contends he used to transmit Plaintiffs' Request for Admissions has a fax number of (410) 841-6591. That has never been an operating fax number for the law firm of Parler & Wobber.

5. The attorneys at Parler & Wobber have no record of receiving the Request for Admissions attached in support in of Plaintiffs' Motion for Summary Judgment.

6.  There is no reference on the docket sheet to Plaintiffs' Counsel having served Request for Admission on or about September 18th, 2003. Plaintiff's motion to extend discovery deadlines does not reference, or have attached as an exhibit any requests for admissions.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.**

11-24-03
Date

*William C. Parler, Jr.*
WILLIAM C. PARLER, JR.