# EXHIBIT C

# U.S. District Court
## District of Maryland (Baltimore)
### CIVIL DOCKET FOR CASE #: 1:02-cv-03178-JFM

Allianz Insurance, et al v. Glamour Moving, et al
Assigned to: Judge J. Frederick Motz
Referred to:
Demand: $215000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 09/27/02
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Allianz Insurance Company,** *as Subrogee of Bertelsmann, Inc.*

represented by **Lloyd J Snow**
Siskind Grady Rosen Hoover and Levin PA
1100 Mercantile Bank and Trust Bldg
2 Hopkins Plz
Baltimore, MD 21201
4105396606
Fax : 4103320269
Email: lsnow@sgrhl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa J Endelman**
Grotefeld and Denenberg LLC
30800 Telegraph Rd Ste 3858
Bingham Farms, MI 48025
12487277100
Fax : 12485935808
Email: aje@gd-llc.com
*ATTORNEY TO BE NOTICED*

**Cindy Renee Diamond**
Siskind Grady Rosen Hoover and Levin PA
1100 Mercantile Bank and Trust Bldg
2 Hopkins Plz
Baltimore, MD 21201
4105396606
Fax : 4103320269
Email: cdiamond@sgrhl.com
*ATTORNEY TO BE NOTICED*

**Paul B Hines**
Grotefeld and Denenberg LLC
30800 Telegraph Rd Ste 3858

|  |  |
|---|---|
|  | Bingham Farms, MI 48025<br>12487277100<br>Fax : 12485935808<br>Email: pbh@gd-llc.com<br>*ATTORNEY TO BE NOTICED* |
| **Gerling America Insurance Company,** *as Subrogee of Bertelsmann, Inc.* | represented by **Lloyd J Snow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alyssa J Endelman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Cindy Renee Diamond**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul B Hines**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Bertelsmann Inc.**<br>*TERMINATED: 01/08/2003* | represented by **Lloyd J Snow**<br>(See above for address)<br>*TERMINATED: 01/08/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alyssa J Endelman**<br>(See above for address)<br>*TERMINATED: 01/08/2003*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cindy Renee Diamond**<br>(See above for address)<br>*TERMINATED: 01/08/2003* |

V.

**Defendant**
-----------------------

| | |
|---|---|
| **Glamour Moving Company, Inc.** | represented by **William Carlos Parler, Jr.**<br>Parler and Wobber LLP<br>406 E Joppa Rd The Hemenway Bldg<br>Towson, MD 21286<br>14108321800<br>Fax : 14108322536<br>Email: w.parler@parlerwobber.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Westminster Warehousing Service, Inc.** | represented by | **Mary Gould Weidner**<br>Law Office of Nancy Harrison<br>170 Jennifer Rd Ste 210<br>Annapolis, MD 21401<br>14108415421<br>Fax : 14108416591<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Carroll Fire Protection, Inc.**
*TERMINATED: 07/15/2003*

**Cross Claimant**
-----------------------

| | | |
|---|---|---|
| **Glamour Moving Company, Inc.** | represented by | **William Carlos Parler, Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**
-----------------------

**Westminster Warehousing Service, Inc.**

**Carroll Fire Protection, Inc.**

**Cross Claimant**
-----------------------

| | | |
|---|---|---|
| **Westminster Warehousing Service, Inc.** | represented by | **Mary Gould Weidner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Cross Defendant**
-----------------------

**Carroll Fire Protection, Inc.**

**Cross Claimant**
-----------------------

| | | |
|---|---|---|
| **Westminster Warehousing Service, Inc.** | represented by | **Mary Gould Weidner**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
------------------------

**Glamour Moving Company, Inc.**  represented by  **William Carlos Parler, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/27/2002 | 1 | COMPLAINT filed; FILING FEE $ 150.00 RECEIPT # 1188823 (raf, Deputy Clerk) (Entered: 09/30/2002) |
| 09/27/2002 | 2 | DEMAND for jury trial by Allianz Insurance, Gerling America, Bertelsmann Inc. (raf, Deputy Clerk) (Entered: 09/30/2002) |
| 09/30/2002 | 3 | SUMMONS(ES) (30 days) issued for Glamour Moving, Westminster, Carroll Fire (raf, Deputy Clerk) (Entered: 09/30/2002) |
| 10/01/2002 | 4 | MOTION by Allianz Insurance, Gerling America, Bertelsmann Inc. for Alyssa J Endelman to Appear Pro Hac Vice (c/s) (mms, Deputy Clerk) (Entered: 10/01/2002) |
| 10/01/2002 | 4 | ORDER granting [4-1] Motion of Plaintiffs for Alyssa J Endelman to Appear Pro Hac Vice. Fee paid. (Signed: Clerk of Court, 10/1/02) (c/i 10/1/02 ms) (mms, Deputy Clerk) (Entered: 10/01/2002) |
| 10/24/2002 | 5 | Local Rule 103.3 Disclosure by Allianz Insurance, Gerling America (c/s) (mms, Deputy Clerk) (Entered: 10/24/2002) |
| 01/08/2003 | 6 | FIRST AMENDED COMPLAINT by Allianz Insurance, Gerling America amending [1-1] complaint (c/s) (mms, Deputy Clerk) (Entered: 01/08/2003) |
| 01/16/2003 | 7 | RETURN OF SERVICE executed as to Glamour Moving 1/10/03 Answer due on 2/10/03 for Glamour Moving (mms, Deputy Clerk) (Entered: 01/16/2003) |
| 01/16/2003 | 8 | RETURN OF SERVICE executed as to Westminster 1/10/03 Answer due on 2/10/03 for Westminster (mms, Deputy Clerk) (Entered: 01/16/2003) |

| | | |
|---|---|---|
| 01/27/2003 | 9 | RETURN OF SERVICE executed as to Carroll Fire 1/10/03 Answer due on 2/10/03 for Carroll Fire (mms, Deputy Clerk) (Entered: 01/27/2003) |
| 02/03/2003 | 10 | ANSWER by Glamour Moving (Attorney William Carlos Parler Jr.) to amended complaint (c/s) (Amended certificate of service rec'd 2/10/03) (mms, Deputy Clerk) Modified on 02/10/2003 (Entered: 02/03/2003) |
| 02/10/2003 | 11 | CROSSCLAIM by Glamour Moving against Westminster, Carroll Fire (c/s) (jnl, Deputy Clerk) (Entered: 02/10/2003) |
| 02/10/2003 | 12 | ANSWER to Complaint by Westminster (Attorney Mary Gould Weidner) (c/s) (jnl, Deputy Clerk) (Entered: 02/10/2003) |
| 02/19/2003 | 13 | CROSSCLAIM by Westminster against Carroll Fire (c/s) (mms, Deputy Clerk) (Entered: 02/19/2003) |
| 02/19/2003 | 14 | CROSSCLAIM by Westminster against Glamour Moving (c/s) (mms, Deputy Clerk) (Entered: 02/19/2003) |
| 02/28/2003 | 15 | ANSWER to Crossclaim of Glamour Moving by Westminster Warehousing Service, Inc. (c/s)(mms, Deputy Clerk) (Entered: 03/03/2003) |
| 03/06/2003 | 16 | Scheduling Conference - setting (mec, Chambers) Modified on 4/3/2003 (cag, Deputy Clerk). (Entered: 03/06/2003) |
| 03/12/2003 | 17 | MOTION by Paul B. Hines to Appear Pro Hac Vice for Allianz Insurance Company, Gerling America Insurance Company. Fee paid. (mms, Deputy Clerk) (Entered: 03/12/2003) |
| 03/12/2003 | 18 | ORDER granting [17] Motion of Paul B. Hines to Appear Pro Hac Vice for Plaintiffs. (Signed by Clerk, USDC on 3/12/03)(c/m 3/12/03 ms) (mms, Deputy Clerk) (Entered: 03/12/2003) |
| 04/09/2003 | 19 | SCHEDULING ORDER: Status Report due by 9/12/2003. Signed by Judge J. Frederick Motz on 4/9/03. (hml, Deputy Clerk) (Entered: 04/10/2003) |
| 06/10/2003 | 20 | Local Rule 26(a)(2). (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Endelman, Alyssa) (Entered: 06/10/2003) |
| 06/10/2003 | 21 | Second MOTION to Amend/Correct [6] Amended Complaint, [1] Complaint by Allianz Insurance Company, Gerling America Insurance Company. Responses due by 6/27/2003 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Endelman, Alyssa) |

| | | |
|---|---|---|
| | | (Entered: 06/10/2003) |
| 06/11/2003 | 22 | Second MOTION to Amend/Correct [6] Amended Complaint, [1] Complaint by Allianz Insurance Company, Gerling America Insurance Company. Responses due by 6/30/2003 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5) (Endelman, Alyssa) (Entered: 06/11/2003) |
| 07/15/2003 | 23 | Paperless ORDER granting 22 Motion to Amend/Correct. Signed by Judge J. Frederick Motz on 7/15/03. (Motz, J.) (Entered: 07/15/2003) |
| 07/16/2003 | 24 | SECOND AMENDED COMPLAINT against Glamour Moving Company, Inc., Westminster Warehousing Service, Inc., filed by Allianz Insurance Company, Gerling America Insurance Company. (Attachments: # 1 Highlighted Amended Complaint)(mms, Deputy Clerk) (Entered: 07/16/2003) |
| 08/28/2003 | 25 | MOTION for Extension of Time to Complete Discovery by Allianz Insurance Company. Responses due by 9/15/2003 (Attachments: # 1 Brief# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(Endelman, Alyssa) (Entered: 08/28/2003) |
| 08/29/2003 | 26 | Paperless ORDER granting 25 Motion for Extension of Time to Complete Discovery. Signed by Judge J. Frederick Motz on 8/29/03. (Motz, J.) (Entered: 08/29/2003) |
| 11/21/2003 | 27 | MOTION for Summary Judgment by Allianz Insurance Company, Gerling America Insurance Company. Responses due by 12/8/2003 (Attachments: # 1 Memorandum in Support# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Certificate of Service)(Endelman, Alyssa) (Entered: 11/21/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/23/2003 14:38:29 | | | |
| PACER Login: | pw0442 | Client Code: | Allianz |
| Description: | Docket Report | Case Number: | 1:02-cv-03178-JFM |
| Billable Pages: | 3 | Cost: | 0.21 |