# EXHIBIT D

WCP/R:fjb
11/21/03

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ALLIANZ INSURANCE COMPANY, as          *
Subrogee of BERTELSMANN, INC. et al.
                                       *
    Plaintiffs
                                       *    CASE NO.: JFM 02 CV 3178
V.
                                       *

GLAMOUR MOVING COMPANY, INC.,          *
et al.
                                       *
    Defendants
        *     *     *     *     *     *     *

## RESPONSE TO REQUESTS FOR ADMISSION OF FACTS

Now comes Glamour Moving Company, Inc., by its attorneys, William C. Parler, Jr., and Parler

& Wobber, L.L.P., its attorneys, hereby files this Response to Request for Admission of Facts and

states:

    1.  Admit that Defendant employs Scott Broadfoot.

    RESPONSE:  Admitted.

    2.  Admit that Charles Khun was previously employed by Glamour Moving.

    RESPONSE:  Admitted.

    3.  Admit that Jack Dill is a principal of Glamour Moving.

    RESPONSE:  Admitted.

    4.  Admit that Scott Broadfoot and Jack Dill installed the wiring that is the subject of this

law suit.

    RESPONSE:  Denied

    5.  Admit that the principals of Glamour Moving were aware that Scott Broadfoot

installed the electrical wiring which is the subject of this law suit.

RESPONSE:   Denied.

_William C. Parler, Jr._
WILLIAM C. PARLER, JR.
**Parler & Wobber, LLP**
406 E. Joppa Road
Towson, Maryland 21286-5401
410-832-1800
Attorneys for Defendant Glamour Moving

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\Allianz v Glamour Moving\R2R4AF.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _2nd_ day of ___nov___, 2003, a copy of the aforegoing was mailed to:

Lloyd J. Snow, Esquire
Cindy R. Diamond, Esquire
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201

Alyssa J. Endelman, Esquire
Paul Hines, Esquire
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025

*Counsel for Plaintiffs*

Westminster Warehousing Services, Inc.
S/O: Lee Nelson Kohler, Resident Agent
9409 Washington Avenue
Towson, Maryland 21204

Carroll Fire Protection, Inc.
S/O: Rosser J. Pettit, Resident Agent
343 N. Charles St.
Baltimore, Maryland 21201

WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\Allianz v Glamour Moving\R2\R4AF.doc