IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY AS SUBROGEE OF BERTELSMANN, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>WESTMINSTER WAREHOUSING SERVICES, et al.<br><br>Defendants | Case No: 02-CV-03178 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

**COMES NOW** the Defendant, Westminster Warehousing Services ("Westminster Warehousing"), by and through counsel, Law Offices of Nancy L. Harrison and Charles Goetz, III, and moves this Honorable Court for an extension of time to respond to the Motion for Summary Judgment filed by Plaintiff, Allianz Insurance Company ("Allianz"), and as grounds therefor states:

1  Plaintiff Allianz filed a Motion for Summary Judgment (the "Motion" on November 18, 2003.

2  Counsel for Defendant Westminster Warehousing Services was out of town over the Thanksgiving holiday and needs additional time until Monday, December 8, 2003, to respond to the Motion

3  Counsel for Allianz is unopposed to this motion and has consented to the extension of time requested herein

WHEREFORE, Defendant Westminster Warehousing Services prays this Honorable Court to grant its unopposed request to extend the time to respond to the Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

LAW OFFICE OF NANCY L. HARRISON

_____
Charles J. Goetz, III
170 Jennifer Road, Suite 210
Annapolis, Maryland 21401-3047
(410) 841-5421/(301) 970-2355

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion for Extension of Time To Respond to Motion For Summary Judgment and proposed Order were mailed postage prepaid, on December 5, 2003 to: Lloyd Snow, Esquire, Cindy Diamond, Esquire, 1100 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, MD 21202, Attorneys for Plaintiffs; Alyssa Endelman, Esquire, Paul Hines, Esquire, 30800 Telegraph Road, Suite 3858, Bingham Farms, MI 48025, Attorneys for Plaintiffs; and William Carlos Parler, Jr., Esquire, Parler & Wobber, LLP, 406 E. Joppa Road, The Hemenway Bldg., Towson, MD, 21286, Attorneys for Glamour Moving Company, Inc.

_____
Charles J. Goetz, III