IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY AS SUBROGEE OF BERTELSMANN, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>WESTMINSTER WAREHOUSING SERVICES, et al.<br><br>Defendants | Case No: S02-CV-03178 |

## ORDER

Defendant's Motion for Extension of Time to Respond to Motion for Summary Judgment, having been read and considered, being unopposed, and it appearing to this Court that the same is well-founded, it is this ___ day of _____, 2003 hereby

**ORDERED**, that Defendant shall have until December 8, 2003 to respond to the Motion for Summary Judgment.

_____
Judge, United States District Court for the Northern District of Maryland

FILED U.S. DISTRICT 2003 DEC -9 A 11:06 T BALTIMORE DEPUTY

Charles J. Goetz, III, Esquire
Law Office of Nancy L. Harrison
170 Jennifer Road, Suite 210
Annapolis, Maryland 21401-3047

Lloyd Snow, Esquire
Cindy Diamond, Esquire
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21202
Attorneys for Plaintiffs

Alyssa Endelman, Esquire
Paul Hines, Esquire
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
Attorneys for Plaintiffs

William Carlos Parler, Jr., Esquire
Parler & Wobber, LLP
406 E. Joppa Road, The Hemenway Bldg.
Towson, MD 21286
Attorneys for Glamour Moving Company, Inc.