IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY, et al. AS SUBROGEE OF BERTELSMANN, INC.<br><br>Plaintiff<br><br>v.<br><br>WESTMINSTER WAREHOUSING SERVICES, et al.<br><br>Defendants | Case No: S02-CV-03178<br><br>FILED _____ ENTERED<br>_____ LODGED _____ RECEIVED<br><br>DEC - 8 2003<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>NIGHT DROP BOX |

### SUBSTITUTION OF COUNSEL

Please substitute the appearance of Charles J. Goetz, III for Mary G. Weidner as counsel for the defendant, Westminster Warehousing Services.

LAW OFFICE OF NANCY L. HARRISON

_____      _____
Mary G. Weidner                                          Charles J. Goetz, III
                                                                        Fed. Bar No. 09825
                                                                        170 Jennifer Road, Suite 210
                                                                        Annapolis, Maryland 21401
                                                                        (410) 841-5421/(301) 970-2355

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a copy of the foregoing <u>Substitution of Counsel</u> was mailed postage prepaid, on December 8, 2003 to: Lloyd Snow, Esquire, Cindy Diamond, Esquire, 1100 Mercantile Bank & Trust Building, 2 Hopkins Plaza, Baltimore, MD 21202, Attorneys for Plaintiffs; Alyssa Endelman, Esquire, Paul Hines, Esquire, 30800 Telegraph Road, Suite 3858, Bingham Farms, MI 48025, Attorneys for Plaintiffs; William Carlos Parler, Jr., Esquire, Parler & Wobber, LLP, 406 E. Joppa Road, The Hemenway Building, Towson, MD 21286, Attorney for Glamour Moving Co.

_____
Charles J. Goetz, III