UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 23, 2003

Memo To Counsel Re: Allianz Insurance Company v. Glamour Moving Co., Inc.
Civil No. JFM-02-3178

Dear Counsel:

    I have reviewed the memoranda submitted in connection with plaintiff's motion for summary judgment.

    The motion is denied. According to the response to the motion filed by Glamour Moving Company (to which plaintiffs have not responded), it appears that the request for admissions of fact, the non response to which forms the basis of plaintiffs' summary judgment motion, were not received by counsel for Glamour moving company. As to Westminster Warehousing Services, although that company admits to being a bailee of the goods in question, the record establishes that there is a genuine dispute of material fact concerning its alleged negligence.

    A scheduling conference will be held at 8:30 a.m. on January 23, 2004. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

    The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge