IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| ALLIANZ INSURANCE COMPANY<br>And GERLING AMERICA INSURANCE<br>COMPANY, as Subrogee of<br>BERTELSMANN, INC. | * <br><br>* <br><br>* | |
| Plaintiffs, | * | |
| vs. | * | CASE NO.   S02-CV-03178 |
| GLAMOUR MOVING COMPANY, INC.<br>And WESTMINSTER WAREHOUSING<br>SERVICES, INC. | * <br><br>* <br><br>* | |
| Defendants. | | |

************

## JOINT STATUS REPORT

### I. COMPLETION OF DISCOVERY

Discovery has not yet been completed because of difficulties communicating with Defendant Westminster. None of their representatives have been produced. The depositions of representatives of Defendant Glamour Moving have taken place. No one has requested to depose any representatives of Plaintiff.

### II. PENDING MOTIONS

Defendant Glamour Moving filed a Motion for Summary Judgment on December 22, 2003 that is pending. Plaintiff was never served with this Motion. In reviewing the ECF System of this Court, Plaintiff does not see that this Motion was ever filed.

### III. DISPOSITIVE PRE-TRIAL MOTION

Defendant Glamour Moving filed a Motion for Summary Judgment on December 22, 2003 that is pending.

### IV. JURY OR NON-JURY; LENGTH

This matter will be tried before a jury and the expected length of Trial is two (2) days.

**V.      SETTLEMENT NEGOTIATIONS**

Plaintiff has extended several settlement offers to Defendants over the period of the case.  Defendant Westminster countered one offer which was rejected.  No other offers have been extended by Westminster.  Defendant Glamour has not responded to any offers.

**VI.     ADR**

The Plaintiffs believe that ADR would be helpful in this case.  Due to the liability issues in this case, Defendant Glamour Moving questions whether ADR would be helpful.

**VII.    MAGISTRATE JUDGE**

The parties consent to the jurisdiction of a Magistrate Judge.

**VIII.   OTHER MATTERS**

This report is only submitted on behalf of Plaintiff and Defendant Glamour Moving.  Defendant Westminster has failed to respond to Plaintiff's requests to discuss this matter.

| | |
|---|---|
| Alyssa J. Endelman (MI Bar No: P61931) | WILLIAM C. PARLER, JR. |
| Paul Hines (MI Bar No: P47328) | PARLER & WOBBER, L.L.P. |
| Grotefeld & Denenberg, LLC | The Hemenway Building |
| 30800 Telegraph Road, Suite 3858 | 406 E. Joppa Road |
| Bingham Farms, MI 48025 | Towson, Maryland 21286 |
| (248) 727-7100 | (410) 832-1800 |
| | |
| And | Attorney for Def. Glamour Moving |

Lloyd J. Snow (Bar No. 03787)
Cindy R. Diamond (Bar No. 05810)
Siskind, Grady, Rosen, Hoover & Levin, P.A.
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-6606

Attorneys for Plaintiffs

2

88616