# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALLIANZ INSURANCE COMPANY,     *
as Subrogee of BERTELSMANN, INC.
et al.     *
                                                                               CASE NO.: S02-V-03178
    **Plaintiffs**     *

V.     *

GLAMOUR MOVING COMPANY,     *
INC., et al.
                                                *
    **Defendants**
                         *    *    *    *    *

## AFFIDAVIT

I, Scott Broadfoot, being first duly sworn and being competent to testify and having personal knowledge of the facts set forth herein, state as follows:

1.     I am over eighteen (18) years of age and am competent to be a witness.

2.     I live at 6 Franklin Street, Taneytown, Maryland 21784. I am employed by Glamour Moving Company, Inc. In October of 1999, I was also employed by Glamour Moving Company, Inc. I was working on Work Release from the Carroll County Detention Center after having been sentenced to eighteen (18) months for vehicular manslaughter. I leased a marine storage container from Westminster Warehousing in October of 1999 to store my personal belongings. In leasing the storage container, I did so to store only my personal belongings. I was not acting in any way on behalf of Glamour Moving in leasing the marine storage container from Westminster Warehousing.

3.     Sometime after the fire on October 4th, 1999, I was advised that the Fire Marshal or another investigator for Carroll County thought that an extension cord I ran from

the building at 142 Railroad Avenue to my storage container may have somehow been involved in the fire. I used the extension cord to power a light bulb in the inside of the storage container so that I could see my belongings after it became dark outside. My work release was from 7:00 a.m. to 9:00 p.m. On October 4, 1999, before I left the storage container to report at 9:00 p.m. to the Detention Center, the light bulb in the storage container was turned off.

4.  At the time of the fire, Glamour Moving was leasing a portion of the lot to park its trucks. In October of 1999, Glamour Moving was not leasing any portion of Westminster Warehousing building at 142 Railroad Avenue in Westminster, where the fire happened.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.**

_____
SCOTT BROADFOOT