# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ALLIANZ INSURANCE COMPANY,** | * | |
| as Subrogee of **BERTELSMANN, INC.** | | |
| et al. | * | |
| | | **CASE NO.: S02-V-03178** |
| **Plaintiffs** | * | |
| | | |
| **V.** | * | |
| | | |
| **GLAMOUR MOVING COMPANY,** | * | |
| **INC., et al.** | | |
| | * | |
| **Defendants** | | |

\* \* \* \* \*

### AFFIDAVIT

I, Jack Dill, being first duly sworn and being competent to testify and having personal knowledge of the facts set forth herein, state as follows:

1.  I am over eighteen (18) years of age and am competent to be a witness.

2.  I am the President of Glamour Moving Company, Inc.

3.  At the time of fire on October 4th, 1999, Glamour Moving did not lease any storage space from Westminster Warehousing Services, Inc. at 142 Railroad Avenue, Westminster, Maryland.

4.  For approximately the past ten (10) years, including October 4, 1999, Glamour Moving has informally leased on a month to month basis, space on a lot owned by Westminster Warehousing Services, Inc. to park between ten to twelve trucks, ranging in size from twenty-six to fifty-three feet, overnight on the lot, or when they are not being operated. My arrangement with Westminster is based on a verbal agreement. Presently, Glamour Moving pays approximately $1,050.00 per month in order to park its trucks on

the Westminster Warehousing property.

5.      The area on the lot where the trucks are parked is at least one hundred feet (100') from the Westminster Warehousing building at 142 Railroad Avenue in Westminster, Maryland where this fire occurred.

6.      At the time of the fire, a Glamour Moving employee, Scott Broadfoot, leased a storage container from Westminster Warehousing to store his belongings. It is my understanding that in October of 1999, Mr. Broadfoot was on work release from the Carroll County Detention Center for vehicular manslaughter, and needed to store his personal belongings in the storage container that he leased from Westminster Warehousing.

7.      In October of 1999, Glamour Moving did not rent any space in the Westminster Warehousing storage facility at 142 Railroad Avenue, Westminster, Maryland. Glamour Moving did not have an office in 142 Railroad Avenue, Westminster, Maryland. The storage container leased by Mr. Broadfoot was leased by him personally. Mr. Broadfoot was not acting as an agent, employee, or on behalf of Glamour Moving in renting the marine storage container. Neither Mr. Broadfoot nor any other lessee of space at Westminster Warehousing in October of 1999 were storing any items on behalf of Glamour Moving or any of its customers.


**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UPON PERSONAL KNOWLEDGE THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE.**

_____
JACK DILL