WCP:hyb
2/13/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ALLIANZ INSURANCE COMPANY & GERLING AMERICA INSURANCE CO.**, as Subrogee of **BERTELSMANN, INC.** et al. | * * |
| **Plaintiffs** | *    CASE NO.: JFM 02 CV 3178 |
| V. | * * |
| **GLAMOUR MOVING COMPANY, INC.**, et al. | |
| **Defendants** | |

\*    \*    \*    \*    \*    \*    \*

**MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(ii)**

Glamour Moving Company, by its attorneys, William C. Parler, Jr. and Parler & Wobber, L.L.P. hereby respectfully moves for a dismissal pursuant to F.R.C.P. 41.

Glamour Moving Company (hereinafter "Glamour") moved for summary judgment on January 22nd, 2004. Following review of our Motion for Summary Judgment, Counsel for the Plaintiff contacted Counsel for Glamour and advised she would sign a Stipulation of Dismissal with Prejudice. A copy of the signed Stipulation of Dismissal is attached hereto as "Exhibit 1".

Counsel has attempted to contact the attorney for Westminster Housing Services. Counsel was advised that Mary G. Weidner is no longer representing Westminster Warehousing Services. When Counsel attempted to call Attorney Charles J. Goetz, III, he was advised that Mr. Goetz is no longer employed with the law offices of Nancy Harrison. He was advised that the matter has been forwarded to an attorney at Whiteford, Taylor & Preston, Judith Ensor, who has yet to enter her appearance. I was advised that Ms. Ensor was out of the office until February 11th, 2004. As of February 13th, no one from Ms. Ensor's office has returned my calls.

Given the unusual circumstances of this case, in seeking to save the Court the time in preparing a Memorandum or Order granting Glamour's Motion for Summary Judgment, it is respectfully requested that this Honorable Court dismiss the Glamour Moving Company, Inc. from this case pursuant to F.R.C.P 41.

Respectfully submitted,

_/s/_____
WILLIAM C. PARLER, JR.
Bar No: 05087
**PARLER & WOBBER, L.L.P.**
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorney for Defendant Glamour Moving

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2004, a copy of the aforegoing was mailed to:

Alyssa J. Endelman, Esquire
Paul Hines, Esquire
**GROTEFELD & DENENBERG, LLC**
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
*Counsel for Plaintiffs*

Judy Ensor, Esquire
**WHITEFORD, TAYLOR & PRESTON**
210 W. Pennsylvania Avenue
Towson, Maryland 21204-4515
*Counsel for Westminster Warehousing Services, Inc.*

Carroll Fire Protection, Inc.
S/O: Rosser J. Pettit, Resident Agent
343 N. Charles St.
Baltimore, Maryland 21201

_/s/_____
WILLIAM C. PARLER, JR.

Law Offices
PARLER & WOBBER, LLP
406 East Joppa Road
Towson, MD 21286

S:\Cases\Allianz v Glamour Moving\M4Dismissal.ple.doc