# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALLIANZ INSURANCE COMPANY & GERLING AMERICA INSURANCE CO., as Subrogee of BERTELSMANN, INC. et al.<br><br>Plaintiffs<br><br>V.<br><br>GLAMOUR MOVING COMPANY, INC., et al.<br><br>Defendants | *<br>*<br>*<br>* CASE NO.: JFM 02 CV 3178<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) the parties agree that all claims, including cross-claims or third-party claims, filed against Glamour Moving Company, Inc., shall be dismissed with prejudice.

_____
ALYSSA J. ENDELMAN
PAUL HINES
GROTEFELD & DENENBERG, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
Attorney for Plaintiff

_____
CHARLES J. GOETZ, III
LAW OFFICES OF NANCY HARRISON
170 Jennifer Road
Suite 210
Annapolis, MD 21401
Attorney for Defendant Westminster Warehousing Services, Inc.

_____
WILLIAM C. PARLER, JR.
PARLER & WOBBER, L.L.P.
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorney for Defendant Glamour Moving Company