| | |
|---|---|
| ALLIANZ INSURANCE COMPANY, et al. AS SUBROGEE OF BERTELSMANN, INC. | * * |
| Plaintiffs | * |
| v. | Case No. S02-CV-03178 * |
| WESTMINSTER WAREHOUSING SERVICES, et al. | * * |
| Defendants | |

\* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Sir/Madam Clerk:

The parties to the above-referenced matter, by their attorneys, request that all claims filed in this matter against all parties be dismissed with prejudice.

*/s/ Alyssa Endelman*
Alyssa Endelman, Esquire
Suite 3858
30800 Telegraph Road
Bingham Farms, MI 48025
(248) 727-7100
Attorney for Plaintiffs

*/s/ William C. Parler, Jr. by JCE w/ permission*
William Carlos Parler, Jr., Esquire
Parler & Wobber, LLP
The Hemenway Building
406 E Joppa Road
Towson, Maryland 21286
(410) 832-1800
Attorneys for Glamour Moving Co.

*/s/ Cindy Diamond by JCE w/ permission*
Lloyd Snow, Esquire
Cindy Diamond, Esquire
1100 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21202
(410) 539-6606
Attorneys for Plaintiffs

*/s/ Judith C. Ensor*
Judith C. Ensor
Whiteford, Taylor & Preston L.L.P.
210 West Pennsylvania Avenue
Towson, Maryland 21204-4515
(410) 832-2000
Attorneys for Westminster Warehousing Services

302258