IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

ALLIANZ INSURANCE COMPANY, et al.   *
AS SUBROGEE OF BERTELSMANN, INC.
                                    *

        Plaintiffs                  *
                                        Case No. S02-CV-03178
v.                                  *

WESTMINSTER WAREHOUSING             *
SERVICES, et al.
                                    *
        Defendants

    *   *   *   *   *   *   *   *   *   *   *

### ENTRY/WITHDRAWAL OF APPEARANCE

Please enter the appearance of Judith C. Ensor, and Whiteford, Taylor & Preston L.L.P. as counsel for Defendant, Westminster Warehousing Services, and simultaneously withdraw the appearance of Charles J. Goetz, III and the Law Offices of Nancy L. Harrison.


_____          _____
Charles J. Goetz, III                Judith C. Ensor
Law Offices of Nancy L. Harrison     Whiteford, Taylor & Preston L.L.P.
170 Jennifer Road, Suite 210         210 West Pennsylvania Avenue
Annapolis, Maryland 21401-3047       Towson, Maryland 21204-4515
(410) 841-5421                       (410) 832-2000
                                     Attorneys for Westminster Warehousing
                                     Services

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __22nd__ day of April, 2004, a copy of the foregoing Entry/Withdrawal of Appearance was sent to:

> Alyssa Endelman, Esquire
> Suite 3858
> 30800 Telegraph Road
> Bingham Farms, MI 48025
> Attorney for Plaintiffs

> Lloyd Snow, Esquire
> Cindy Diamond, Esquire
> 1100 Mercantile Bank & Trust Building
> 2 Hopkins Plaza
> Baltimore, Maryland 21202
> Attorneys for Plaintiffs

> William Carlos Parler, Jr., Esquire
> Parler & Wobber, LLP
> The Hemenway Building
> 406 E. Joppa Road
> Towson, Maryland 21286
> Attorneys for Glamour Moving Co.

Judith C. Ensor

*305119*